Daniel R. Ortega, Jr., SBN: 005015
**ORTEGA LAW FIRM, PC**
361 East Coronado Road, Suite 101
Phoenix, Arizona 85004-1525
(602) 386-4455   (602) 386-4480 (fax)
*danny@ortegalaw.com*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Silverio Deniz, individually and as the statutory plaintiff on behalf of Elisa Sahagun, Maribel Posadas, Jesus Alexander Deniz, Erick Armando Deniz, and Elisa Michelle Deniz statutory beneficiaries of decedent Juan de Jesus Deniz-Sahagun;<br><br>Plaintiffs,<br><br>v.<br><br>Corecivic, Inc. d/b/a Corrections Corporation of America; InGenesis, Inc.; John Does I-X; Jane Does I-X; Black and White Corporations, Partnerships, and Associations I-X;<br><br>Defendants. | No. CV-17-03043-PHX-JJT--BSB<br><br>**STIPULATION FOR REMAND TO STATE COURT**<br><br>(Assigned to the Hon. John J. Tuchi) |

Plaintiffs filed their complaint in the Superior Court of Arizona, in and for the County of Pinal, under Case Number CV2017-00941 on May 18, 2017, which was subsequently served on the Defendants. Defendant CoreCivic filed its Notice of Removal on September 7, 2017 and the case was removed to Federal Court. Defendant InGenesis, Inc. joined Defendant CoreCivic on its Notice of Removal on September 14, 2017. Thereafter, Defendant CoreCivic filed its Motion for Judgment on the Pleadings on September 22, 2017. Plaintiff has not responded to Defendant's motion.

Plaintiffs assert that the amount in controversy does not exceed the jurisdictional amount of $75,000 and that the Court should remand this matter to the Superior Court of Arizona, in and for the County of Pinal.

Based on the foregoing, the parties stipulate that this matter be remanded to the Superior Court of Arizona, in and for the County of Pinal. Once remanded to the state court, Defendant CoreCivic will refile its Motion for Judgment on the Pleadings. This Stipulation for Remand has been filed within thirty days of removal.

**RESPECTFULLY SUBMITTED** this 12th day of October, 2017.

**ORTEGA LAW FIRM, P.C.**

By: /s/ Daniel R. Ortega, Jr.
Daniel R. Ortega, Jr.
*Attorneys for Plaintiffs*

*and*

**STRUCK, LOVE, BOJANOWSKI & ACEDO, PLC**

By: /s/ Jacob B. Lee *(with permission)*
Jacob B. Lee
Daniel P. Struck
Rachel Love
*Attorneys for Defendant CoreCivic*

*and*

**JONES, SKELTON & HOCHULI**

By: /s/ Elizabeth A. Gilbert *(with permission)*
Elizabeth A. Gilbert
David S. Cohen
*Attorneys for Defendant InGenesis, Inc.*

/ / /

**CERTIFICATE OF SERVICE**

2

I hereby certify that on October 12, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Daniel P. Struck
Rachel Love
Jacob B. Lee
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
rlove@strucklove.com
jlee@strucklove.com
*Attorneys for Defendant CoreCivic*

David S. Cohen
Elizabeth A. Gilbert
**JONES, SKELTON & HOCHULI. P.L.C.**
40 N Central Ave. Suite 2700
Phoenix, AZ 85004
dcohen@jshfirm.com
egilbert@jshfirm.com
*Attorneys for Defendant InGenesis, Inc.*


By /s/ K.Monzon