# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Silverio Deniz, individually and as the statutory plaintiff on behalf of Elisa Sahagun, Maribel Posadas, Jesus Alexander Deniz, Erick Armando Deniz, and Elisa Michelle Deniz  statutory beneficiaries of decedent Juan de Jesus Deniz-Sahagun;<br><br>        Plaintiffs,<br><br>        v.<br><br>CoreCivic, Inc. d/b/a Corrections Corporation of America; InGenesis, Inc.; John Does I-X; Jane Does I-X; Black and White Corporations, Partnerships, and Associations I-X;<br><br>        Defendants. | No. CV-17-03043-PHX-JJT--BSB<br><br><br>[proposed] **ORDER GRANTING STIPULATION FOR REMAND TO STATE COURT**<br><br><br><br>(Assigned to the Hon. John J. Tuchi) |

Pursuant to the parties Stipulation for Remand to State Court, and good cause appearing,

**IT IS HEREBY ORDERED** that this case be remanded to Superior Court of Arizona, in and for the County of Pinal.

DONE IN OPEN COURT this ____ day of _____, 2017.

_____
Honorable John J. Tuchi
United States District Judge